ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Vandalia C.C.     Date of Incident: 6-14-15  Time of Incident: 3:05  ☐am ☑pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☑ NO | Were Restraints / Force Used: | ☐ YES | ☑ NO |
| Was Property Damaged: | ☐ YES | ☑ NO | Were Chemical Agents or OC Used: | ☐ YES | ☑ NO |
| Were Arrests Made: | ☐ YES | ☑ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☑ NO |
| Were there Media Inquiries: | ☐ YES | ☑ NO | Any (Injuries) / Hospitalizations: | ☑ YES | ☐ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Moore | B50182 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/o Slagle | 12230 | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time this R/o just cleared count and witnessed I/m Moore B50182 get on the phone with a rag covering his left eye. This R/o then asked I/m Moore if he was ok, I/m Moore said "yes." I/m Moore after he got off the phone asked if he could go to health care. This R/o asked to see I/m Moores eye he would not show this R/o. This R/o did not see any blood on the rag. I/m Moore said "I got poot finger nail in the eye at Gym". This R/o then sent I/m Moore to health care. EOR—

| | | | | |
|---|---|---|---|---|
| J. Slagle | N. Sl... | 6-14-15 5⁰⁰ | Major B.O.Kinney | 6/14/15 5²⁰ |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

Administrative Assessment: AWO / IA / HCUA

Chief Administrative Officer: _____     Date / Time: 6/15/15  8:00Am

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

DOC 0434 (Eff. 1/2014)

Plaintiff Ex. B

Moore, 16-3289 (CDIL)
IDOC No.  000005