IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LAMONT MOORE,<br>    Plaintiff,<br><br>v.<br><br>WESTERN ILLINOIS CORRECTIONAL<br>CENTER, VANDALIA CORRECTIONAL<br>CENTER, OFFICER GATWOOD, AND<br>UNKNOWN ILLINOIS DEPARTMENT OF<br>CORRECTIONS EMPLOYEES,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 16 - 3289<br><br><br><br><br>)  JURY DEMANDED |

### AFFIDAVIT OF XAVIER BROWNLEE

1. I was incarcerated at Vandalia Correctional Center on June 14, 2015.

2. On June 14, 2015, I was housed in J Dorm with both Lamont Moore and Keleel Sample.

3. At that time, I was familiar with Lamont Moore and Keleel Sample.

4. At that time, I was also familiar with Officer Gatewood.

5. On June 14, 2015, Officer Gatewood was the Correctional Officer who worked the 7:00 AM to 3:00 PM shift in J Dorm at Vandalia Correctional Center.

6. On June 14, 2015, I witnessed an altercation between Lamont Moore and Keleel Sample.

7. On that day, I further witnessed Lamont Moore tell Officer Gatewood that he was concerned about his physical safety after the altercation with Keleel Sample.

8. I am prepared to testify to the events I witnessed on June 14, 2015 and any other relevant matters.

FURTHER AFFIANT SAYETH NOT.

DATED: 6-17-19

Plaintiff Ex. F

1

_____
Xavier Brownlee

Sworn/affirmed before me
this 17th day of June, 2019

_____
Notary Public

TIMOTHY E SCHREMSER
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 26, 2020