IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LAMONT MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 16 - 3289 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, WESTERN ILLINOIS CORRECTIONAL CENTER, OFFICER JASON GATEWOOD, in his personal and official capacities and UNKNOWN ILLINOIS DEPARTMENT OF CORRECTIONS OFFICERS | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF LATRONA MOORE

1. Lamont Moore, the plaintiff, is my husband. We have been married for seven years.

2. During his incarceration, I would speak with Lamont three to five times a day.

3. He told me about his interactions with Keleel Sample on a daily basis.

4. On or about June 12, 2015, he told me that he had a verbal confrontation with Sample and he notified a correctional officer. Lamont told me that the correctional officer told him to go back to his bunk.

5. On or about June 13, 2015, Lamont told me that he saw Sample trying to break into his property box and confronted him. Lamont told me that he gave the correctional officer a written note telling him about the confrontation. Lamont told me that the correctional officer balled up the note and threw it away.

6. On or about the morning of June 14, 2015, Lamont told me that he saw Sample trying to break into his property box again. He told me that he informed the officer again and the officer didn't do anything.

Plaintiff Ex. G

7. I did not hear from Lamont again that day.

8. On or about June 17, 2015, I received a call from a Doctor informing me about Lamont's injury.

9. I am prepared to testify to the events contained in this affidavit and any other relevant matters.

FURTHER AFFIANT SAYETH NOT.

DATED: 10-19-19

*Latrona Moore*
Latrona Moore

TIMOTHY E SCHREMSER
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 26, 2020

Sworn/affirmed before me this 19th day of October, 2019

_____
Notary Public