# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 8-10-2015
**Offender (Please Print):** Lamont Moore
**ID#:** B-50182
**Present Facility:** WIL
**Facility where grievance issue occurred:** Vandalia C.C.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify)
- [x] Disciplinary Report: **6/14/2015** Date of Report, **Vandalia** Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On June 14, 2015 I was attacked by inmate K. Sample (M46181) who stabbed me in the eye with a key. As a result I have totally lost sight in that eye. I was also written an O.O.R. Accusing and ultimately finding me guilty of fighting, when in fact I was the victim of a violent attack.

**Relief Requested:** To have the OOR expunged from my Record.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

Offender's Signature: *Lamont Moore*  ID#: B-50182  Date: 8/10/2015

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: __/__/__
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name    Counselor's Signature    Date of Response

### EMERGENCY REVIEW

Date Received: __/__/__    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

Moore, 16-3289 (CDIL)    Plaintiff Ex. L
IDOC No.: 000938

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

All the Revelant Report and ODRS was written as if this Attack was initiated from a card game, however early that same day, I caught inmate Sample attempting to break into my locked property box. An argument followed and I reported the incident to C/o Gatewood. Instead of preventing this situation from escalating, C/o Gatewood and I.D.O.C.) failed to protect me from an imminent attack.